# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **JULIO ENRIQUE NEGRON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:14-cv-00852** |
| **v.** | ) | **Judge Trauger** |
| | ) | |
| **NANCY BERRYHILL,[1]** | ) | |
| **Acting Commissioner of** | ) | |
| **Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The Order of reference in this action to the magistrate judge is **SET ASIDE**. For the reasons set forth in the accompanying Memorandum, the plaintiff's Motion for Judgment on the Administrative Record (Docket Entry No. 12) is **DENIED**, and the Commissioner's decision is **AFFIRMED**.

This case is dismissed, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge

---

[1]Nancy Berryhill became acting Commissioner for the Social Security Administration on January 23, 2017, and is therefore substituted as Defendant. *See* Fed. R. Civ. P. 25(d).